UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,　　　　　　　　　　CASE NO. 1:24-cv-21506-JLK

　　　Plaintiff,

vs.

FAT BRANDS, INC., a Foreign Profit Corporation
D/B/A JOHNNY ROCKETS
　　　Defendant,
_____/

NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant, FAT BRANDS, INC. D/B/A JOHNNY ROCKETS have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties request that this honorable Court allow 60 days to finalize all documents before dismissing the case.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　MENDEZ LAW OFFICES, PLLC
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　P.O. BOX 228630
　　　　　　　　　　　　　　　　　　　Miami, Florida 33172
　　　　　　　　　　　　　　　　　　　Telephone: 305.264.9090
　　　　　　　　　　　　　　　　　　　Facsimile:  305.809.8474
　　　　　　　　　　　　　　　　　　　Email:info@mendezlawoffices.com
　　　　　　　　　　　　　　　　　　　By: /s/ Diego German Mendez
　　　　　　　　　　　　　　　　　　　DIEGO GERMAN MENDEZ, ESQ.
　　　　　　　　　　　　　　　　　　　FL BAR NO.: 52748

　　　　　　　　　　　　　　###