**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-21506-JLK

ALEJANDRO ESPINOZA,

    Plaintiff,
v.

FAT BRANDS, INC., a Foreign Profit Corporation,
d/b/a JOHNNY ROCKETS,

    Defendant.
_____/

**ORDER ON PLAINTIFF'S NOTICE OF SETTLEMENT**

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (the "Notice") (DE 12) filed June 21, 2024, in the above-styled case indicating that a settlement was reached between the Parties. The Notice also indicates that the Parties request sixty (60) days to finalize the settlement documents and file the requisite dismissal documents. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

The Parties shall have **sixty (60)** days to finalize the settlement documents and file the respective dismissal documents on the docket in this action.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of June, 2024.

_/s/ James Lawrence King_
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**   **All Counsel of Record**